**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00030-CV
_____

## ALAN GREGORY FERGUSON, FERGUSON CONTRACTORS, LLC, AND DEEP BLUE POOLS, Appellant

## V.

## SHARI CHICZEWSKI AND CHARLES CHICZEWSKI, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-58773**

## ORDER

The reporter's record in this case was due February 9, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter for the 61st District Court, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM